(May 9, 1975)

THE PEOPLE OF THE STATE OF NEW YORK ex rel. WILLIAM JOHN MEEGAN, Petitioner, v JOSEPH WASSER, as Sheriff of Sullivan County, Respondent.—Application, pursuant to CPLR 7002 (subd [b], par 2) for writ of habeas corpus, denied. Herlihy, P. J., Greenblott, Sweeney, Kane and Main, JJ., concur.